IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04cr425 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BARBARA M. RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

   Before the court is the government's motion for Rule 35(b) hearing. Filing No. 107. Having considered the matter,

   IT IS ORDERED that:

   1.   A hearing on the government's Rule 35 motion is scheduled for hearing before the undersigned on **May 20, 2008, at 1:00 p.m.** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

   2.   At the request of the defendant through her counsel, and with the agreement of the government, the defendant may be absent from the hearing on the Rule 35 motion.

   **3.   The U.S. Marshal will not return the defendant to the district, and the defendant is held to have waived her right to be present.**  If the defendant wishes to participate telephonically in the hearing, her attorney must notify chambers at least 24 hours before the hearing of the telephone number and contact person at the institution which defendant is incarcerated.

   DATED this 23rd day of April, 2008.

                                        BY THE COURT:


                                        s/ Joseph F. Bataillon
                                        JOSEPH F. BATAILLON
                                        United States District Judge